Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
legal@montejwhite.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:
Jose Antonio Sanchez, Sr. § CASE NO. 08-10419-rlj-13
 and §
 Silvia Amalia Sanchez § HEARING DATE: 3/5/2014
DEBTOR(s) § HEARING TIME: 11:00 A.M.

FIRST MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

DATE: 01/10/2014

Pursuant to 11 USC 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

I. HISTORY OF THE CASE

1. Date Case Filed: 12/12/2008

2. Date of Section 341 Meeting: 1/9/2009

3. First Payment Date: 12/31/2008

4. Date of Confirmation: 2/11/2009

5. Total Plan Term Prior to this Modification: 59

6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval:

7. Remaining Plan Term (subtract item 6 from the lesser of item 5 or 60 months): 0

8. Amount of Arrears through the month prior to the date the Modification is filed: NONE

9. Date plan payments are to resume: N/A

10. Total Payments Paid to the Trustee through the month prior to the date the Modification is filed with the clerk: $11,800.78

11. Total payments due to the Trustee through the month prior to the date the Modification is filed with the clerk:  $11,800.78

12. Total Payments Due to the Trustee from the month the Modification is filed to the month the Modification is set for approval: NONE

13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders: TRCC 8/11/2009

II. MODIFICATION REQUESTED
(CHECK 1 OR MORE OF THE FOLLOWING 4 CHOICES)

__x___        Plan payments remain at $200.00 month.

Any arrears indicated in item 8 above shall be cured by the following method: N/A

III. RESUMPTION OF PAYMENTS TO THE TRUSTEE
(All information below must be complete)

Payments can only change as of the month the modification is approved. Payments to the Trustee in the amount of N/A will resume on or before N/A for 0 months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount remains the same in the amount of $11,800.78

IV. TREATMENT OF UNSECURED CREDITORS

Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2006-1. Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final. A proof of claim must be timely filed to be allowed.

V. SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

ADD/DELETE/SURRENDER/CHANGE the following Secured, Priority or Special Class Unsecured Creditor(s):

C/D;A=ADD;D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT = CHANGE TO
Code Name  Class  Amount  Collateral Value  Interest Treatment

| Code | Name | Class | Amount | Collateral Value | Interest Treatment |
|---|---|---|---|---|---|
| CT | | S-CitiMortgage | Homestead-3701 Hickory St., Abilene, TX | $22,016.83 | Surrender in full satisfaction of debt |
| | | | | | |
| CT | | S-All Related Property Tax Claims | " | Various | Surrender in full satisfaction of debt |

Note: Changes to any creditors above shall not be effective until the Modification is approved.

## VI. ATTORNEY FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 plus $50.00 in costs, of which $400.00 will be paid through the Plan by the Trustee.

## VII. REASON FOR MODIFICATION

This modification is requested for the following reason(s): Debtors wish to surrender interest in homestead property.

## VIII. BUDGET INFORMATION

At the time of filing this modification the debtor shall provide a filed marked copy of the current budget (schedules I & J) and the three most recent pay stubs to the Trustee.

N/A

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor(s)

### CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing Modification of Plan after Confirmation has been served by me on 01/10/2014, on all parties on the attached matrix, by ECF and/or United States First Class Mail, proper postage affixed.

/s/Monte J. White
Attorney for Debtor(s)

```
Label Matrix for local noticing          CitiMortgage Inc.                         United States Trustee
0539-1                                   PO Box 9013                               1100 Commerce Street
Case 08-10419-rlj13                      Addison, Tx 75001-9013                    Room 976
Northern District of Texas                                                         Dallas, TX 75242-0996
Abilene
Fri Jan 10 10:05:13 CST 2014

306 Federal Building                     ASSET ACCEPTANCE LLC                      (p)AMERICREDIT
1205 Texas Avenue                        P O BOX 2036                              PO BOX 183853
Lubbock, TX 79401-4037                   WARREN MI 48090-2036                      ARLINGTON TX 76096-3853



Brice, Vander Linden & Wernick, P.C.     Citi Mortgage, Inc.                       CitiMortgage, Inc.
Attorneys at Law                         Attn: Bankruptcy Notices                  P O Box 6941
9441 LBJ Freeway, Suite 350              P.O. Box 79022, MS322                     The Lakes, NV 88901-6006
Dallas, TX 75243-4652                    Saint Louis, MO 63179



Collection Company Of                    Consumers County Mutual Insurance Co.     East Bay Funding, LLC
700 Longwater Dr                         Attn: Bankruptcy Notices                  CO Resurgent Capital Services
Norwell, MA 02061-1796                   P.O. Box 3022                             PO Box 288
                                         Fall River, MA 02722-3022                 GREENVILLE, SC 29602-0288



FOURSCORE RESOURCE CAPITAL LLC           Financial Claims, Inc.                    First National Collection Bureau, Inc.
CO Jefferson Capital Systems LLC         Attn: Bankruptcy Notices                  Attn: Bankruptcy Department
PO BOX 7999                              P.O. Box 3029                             3631 Warren Way
SAINT CLOUD MN 56302-7999                Kirkland, WA 98083-3029                   Reno, NV 89509-5241



First National Collection Bureau, Inc.   First Recovery Services, Inc.             (p)JEFFERSON CAPITAL SYSTEMS LLC
Attn: Bankruptcy Notices                 Attn: Bankruptcy Notices                  PO BOX 7999
610 Waltham Way                          P.O. Box 967                              SAINT CLOUD MN 56302-7999
Sparks, NV 89434-6695                    Huntington, NY 11743-0967



LHH EMERGENCY PHYSICIANS                 LVNV Funding LLC                          NCO Financial Systems
CO NCO Financial Systems,Inc             Resurgent Capital Services                P.O. Box 4907
1804 Washington Blvd                     PO Box 10587                              Trenton, NJ 08650-4907
DEPT 500                                 Greenville, SC 29603-0587
Baltimore,MD 21230-1700


Newport News                             PRA Receivables Management LLC            PRA Receivables Management, LLC
P.O. Box 182124                          PO Box 41067                              As Agent Of Portfolio Recovery Assocs.
Columbus, OH 43218-2124                  Norfolk, VA 23541-1067                    CO Fingerhut Credit Advantag
                                                                                   POB 41067
                                                                                   NORFOLK VA 23541-1067


Pinnacle Credit Serivces                 (p)PORTFOLIO RECOVERY ASSOCIATES LLC      Richard J. Boudreau & Associates, LLC
P.O. Box 640                             PO BOX 41067                              Attn: Bankruptcy Notices
Hopkins, MN 55343-0640                   NORFOLK VA 23541-1067                     5 Industrial Way
                                                                                   Salem, NH 03079-4866


Roundup Funding, LLC                     Service Bureau Inc                        Service Bureau, Inc.
MS 550                                   2705 81st St                              Attn: Bankruptcy Department
PO Box 91121                             Lubbock, TX 79423-2229                    2705 81st Street
Seattle, WA 98111-9221                                                             Lubbock, TX 79423-2229
```

| | | |
|---|---|---|
| W. Drew Darby and Associates<br>Attorneys at Law<br>136 West Twohig Avenue<br>San Angelo, TX 76903-6452 | West Central Texas Collection Bureau<br>Attention: Bankruptcy Department<br>P.O. Box 2586<br>Abilene, TX 79604-2586 | Western Finance<br>Attention: Bankruptcy Department<br>4226 North 1st Street<br>Abilene, TX 79603-6720 |
| Western Shamrock Corporation<br>Attention: Bankruptcy<br>801 S Abe St<br>San Angelo, TX 76903-6735 | World Finance Corporation<br>Attention: Bankruptcy Department<br>3118 North 1st Street<br>Abilene, TX 79603-7004 | Jose Antonio Sanchez Sr.<br>3701 Hickory Street<br>Abilene, TX 79601-1143 |
| Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Hamilton Place<br>Wichita Falls, TX 76301-5009 | Pamela Jean Chaney<br>Monte J. White & Associates, P.C.<br>American State Building<br>402 Cypress, Ste. 310<br>Abilene, TX 79601-5151 | Silvia Amalia Sanchez<br>3701 Hickory Street<br>Abilene, TX 79601-1143 |
| Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services<br>P.O. Box 183853<br>Arlington, TX 76096 | (d)AmeriCredit Financial Services, Inc.<br>PO Box 183853<br>Arlington, TX 76096 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 23051<br>COLUMBUS GA 31902 |
| (d)Jefferson Capital Systems LLC<br>PO BOX 23051<br>COLUMBUS, GA 31902-3051 | Portfolio Recoveries<br>Attention: Bankruptcy Department<br>PO Box 12914<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC.<br>P.O. Box 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CitiMortgage Inc. | (d)East Bay Funding, LLC<br>CO Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29602-0288 | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients    2<br>Total    41 |