Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
legal@montejwhite.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

| | |
|---|---|
| IN RE: | § CASE NO.  08-10419-rlj-13 |
| | § |
| Jose Antonio Sanchez, Sr. | § |
| and | § JUDGE ROBERT L. JONES |
| Silvia Amalia Sanchez | § |
| | § HEARING DATE: 3/5/2014 |
| DEBTORS | § HEARING TIME: 11:00 A.M. |

### NOTICE OF HEARING, PRE-HEARING CONFERENCE
### AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION

### NOTICE OF HEARING

On 3/5/2014, which is at least twenty-eight (28) days from the date of service hereof, at 11:00 o'clock A.M., a HEARING on the above and foregoing "Modification of Plan After Confirmation" will be held before the Bankruptcy Judge in Room 2201, U.S. Courthouse,  3rd AND PINE STREET, ABILENE, Texas, 79604. Creditors are not required to attend unless they have objections to the Modification.

### NOTICE OF PRE-HEARING CONFERENCE

A PRE-HEARING CONFERENCE will be held by the Trustee at 8:30  A.M. prior to the above hearing time at the following location. 3rd AND PINE STREET, ABILENE, Texas, 79604. Hearings on Motions to Modify Plans with objections not resolved at the PRE-HEARING CONFERENCE will be heard by the Court at the scheduled Hearing time.

NOTICE is hereby given that pursuant to 11 USC 1329 the attached "Modification of Plan" dated 01/10/2014, will be approved by the Court as the Debtor(s) Modified Chapter 13 Plan Unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An "Objection to Modification" shall be made in writing to the following: U.S. Bankruptcy Court, Clerks Office, 1205 TEXAS AVENUE, #306, LUBBOCK, TEXAS,

79401, with copies sent to Walter O'Cheskey, Chapter 13 Trustee, 6308 Iola, Lubbock, TX, 79424 and Debtor(s) Attorney at the above address.

CERTIFICATE OF SERVICE

      I certify that a true copy of the above and foregoing Notice of Hearing and Pre-Hearing Conference has been served by me on 01/10/2014, on all parties on the attached matrix, by ECF and/or United States First Class Mail, proper postage affixed.

/s/Monte J. White
Attorney for Debtor(s)

Label Matrix for local noticing
0539-1
Case 08-10419-rlj13
Northern District of Texas
Abilene
Fri Jan 10 10:05:13 CST 2014

CitiMortgage Inc.
PO Box 9013
Addison, Tx 75001-9013

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

306 Federal Building
1205 Texas Avenue
Lubbock, TX 79401-4037

ASSET ACCEPTANCE LLC
P O BOX 2036
WARREN MI 48090-2036

(p)AMERICREDIT
PO BOX 183853
ARLINGTON TX 76096-3853

Brice, Vander Linden & Wernick, P.C.
Attorneys at Law
9441 LBJ Freeway, Suite 350
Dallas, TX 75243-4652

Citi Mortgage, Inc.
Attn: Bankruptcy Notices
P.O. Box 79022, MS322
Saint Louis, MO 63179

CitiMortgage, Inc.
P O Box 6941
The Lakes, NV 88901-6006

Collection Company Of
700 Longwater Dr
Norwell, MA 02061-1796

Consumers County Mutual Insurance Co.
Attn: Bankruptcy Notices
P.O. Box 3022
Fall River, MA 02722-3022

East Bay Funding, LLC
CO Resurgent Capital Services
PO Box 288
GREENVILLE, SC 29602-0288

FOURSCORE RESOURCE CAPITAL LLC
CO Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Financial Claims, Inc.
Attn: Bankruptcy Notices
P.O. Box 3029
Kirkland, WA 98083-3029

First National Collection Bureau, Inc.
Attn: Bankruptcy Department
3631 Warren Way
Reno, NV 89509-5241

First National Collection Bureau, Inc.
Attn: Bankruptcy Notices
610 Waltham Way
Sparks, NV 89434-6695

First Recovery Services, Inc.
Attn: Bankruptcy Notices
P.O. Box 967
Huntington, NY 11743-0967

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LHH EMERGENCY PHYSICIANS
CO NCO Financial Systems,Inc
1804 Washington Blvd
DEPT 500
Baltimore,MD 21230-1700

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

NCO Financial Systems
P.O. Box 4907
Trenton, NJ 08650-4907

Newport News
P.O. Box 182124
Columbus, OH 43218-2124

PRA Receivables Management LLC
PO Box 41067
Norfolk, VA 23541-1067

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
CO Fingerhut Credit Advantag
POB 41067
NORFOLK VA 23541-1067

Pinnacle Credit Serivces
P.O. Box 640
Hopkins, MN 55343-0640

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Richard J. Boudreau & Associates, LLC
Attn: Bankruptcy Notices
5 Industrial Way
Salem, NH 03079-4866

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Service Bureau Inc
2705 81st St
Lubbock, TX 79423-2229

Service Bureau, Inc.
Attn: Bankruptcy Department
2705 81st Street
Lubbock, TX 79423-2229

W. Drew Darby and Associates
Attorneys at Law
136 West Twohig Avenue
San Angelo, TX 76903-6452

West Central Texas Collection Bureau
Attention: Bankruptcy Department
P.O. Box 2586
Abilene, TX 79604-2586

Western Finance
Attention: Bankruptcy Department
4226 North 1st Street
Abilene, TX 79603-6720


Western Shamrock Corporation
Attention:  Bankruptcy
801 S Abe St
San Angelo, TX 76903-6735

World Finance Corporation
Attention: Bankruptcy Department
3118 North 1st Street
Abilene, TX 79603-7004

Jose Antonio Sanchez Sr.
3701 Hickory Street
Abilene, TX 79601-1143


Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue
Hamilton Place
Wichita Falls, TX 76301-5009

Pamela Jean Chaney
Monte J. White & Associates, P.C.
American State Building
402 Cypress, Ste. 310
Abilene, TX 79601-5151

Silvia Amalia Sanchez
3701 Hickory Street
Abilene, TX 79601-1143


Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


AmeriCredit Financial Services
P.O. Box 183853
Arlington, TX 76096

(d)AmeriCredit Financial Services, Inc.
PO Box 183853
Arlington, TX 76096

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 23051
COLUMBUS GA 31902


(d)Jefferson Capital Systems LLC
PO BOX 23051
COLUMBUS, GA 31902-3051

Portfolio Recoveries
Attention:  Bankruptcy Department
PO Box 12914
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC.
P.O. Box 41067
Norfolk, VA 23541


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)CitiMortgage Inc.

(d)East Bay Funding, LLC
CO Resurgent Capital Services
PO Box 288
Greenville, SC 29602-0288

End of Label Matrix
Mailable recipients    39
Bypassed recipients     2
Total                  41