

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed February 6, 2014

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 08-10419-RLJ-13 |
| JOSE ANTONIO SANCHEZ, SR. | § | |
| SILVIA AMALIA SANCHEZ | § | CHAPTER 13 |
| DEBTOR(S) | § | |
| | § | |
| CITIMORTGAGE, INC. | § | |
| MOVANT | § | |

### AGREED ORDER TERMINATING STAY

The Court finds that CitiMortgage, Inc. (hereinafter referred to as "Movant"), a secured creditor in this matter, has filed a Motion for Relief from Stay of Act Against Property ("Motion") concerning the collateral described as 3701 Hickory Street, Abilene, Texas 79601 (the "Property"), and more particularly described in the deed of trust; that all required notices of the Motion have been properly served; and that the parties have agreed to modification of the 11 USC §362(a) stay with respect to the Property. Movant is the holder of the certain Note and Deed of Trust ("Loan Documents") concerning the Property. Default has occurred in the performance of certain obligations of Debtors to Movant.

IT IS THEREFORE ORDERED that the 11 USC §362(a) stay as to Movant, its successors and/or assigns,

is hereby TERMINATED, and Movant, its successors and/or assigns, is hereby permitted to exercise any rights granted to it by the parties' contract documents with respect to the Property including, but not limited to, the execution of a non-judicial foreclosure sale of the Property.

IT IS FURTHER ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are waived and the Order shall be in full force and effect upon signature of this Court.

### END OF ORDER ###

AGREED AND ENTRY REQUESTED:

_/s/Monte White_____
Monte White / TBN
Monte J. White & Associates, P.C.
402 Cypress, Suite 310
Abilene, Texas 79601
(325) 673-6699
(325) 672-9227 (Telecopier)
Attorney for Debtor(s)

_/s/Michael Burns_____
Cristina Platón Camarata / TBN 16061560
Michael J. Burns / TBN 24054447
Sammy P. Hooda / TBN 24064032
Attorneys and Counselors
P. O. Box 829009
Dallas, Texas 75382-9009
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: BkcyAttorneys@BuckleyMadole.com
Attorney for CitiMortgage, Inc.

_/s/Marc McBeath for_____
Walter O'Cheskey
6308 Iola Avenue
Lubbock, Texas 79424
Chapter 13 Trustee

AGREED ORDER TERMINATING STAY 4040-N-0321

2